FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 01149 BnB

(The above civil action number must appear on all future papers sent to the Court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

ARTURO LOPEZ,

    Petitioner,

v.

MICHAEL GOODIN, Resident Pharmacist,
DAVID ALLILED, Clinical Director, and
BRAD CINK, Physicians Assistant,

    Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION, AND DIRECTING PETITIONER TO CURE DEFICIENCY

---

Petitioner Arturo Lopez has submitted a "Request for Petition for Court Order Authorizing Depositions to Perpetuate Testimony Before an Action is Filed Pursuant to Rule 27(a) of the Federal Rules of Civil Procedure." The Court has determined that the document is deficient as described in this Order. Mr. Lopez has failed either to pay the $39.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Notwithstanding the deficiency, the Clerk of the Court will be directed to commence a civil action. Petitioner will be directed to cure the deficiency if he wishes to pursue his claims. Any papers which Petitioner files in response to this Order must include the action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1) _X_ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) _X_ other <u>motion and affidavit unnecessary if filing fee paid in full</u>

**Complaint, Petition or Application:**

(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that Petitioner cure the deficiency designated above **within thirty days from the date of this Order.** Any papers that Petitioner files in response to this Order must include the civil action number on the Order. It is

2

FURTHER ORDERED that the Clerk of the Court mail to Petitioner, together with a copy of this Order, two copies of the following form: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

FURTHER ORDERED that if Mr. Lopez fails to cure the designated deficiency **within thirty days from the date of this Order** this action will be dismissed.

DATED at Denver, Colorado, this 13th day of May, 2010.

BY THE COURT:

CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-CV-01149

Arturo Lopez
Reg No. 05734-089
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915** to the above-named individuals on 5/18/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk